**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 21 EAL 2022

         Respondent          :

                                       :   Petition for Allowance of Appeal

              v.                    :   from the Order of the Superior Court

                                       :

ALFREDO TORO,                       :

         Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.